**Order entered April 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00908-CR

**VALENTINE SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2
Kaufman County, Texas
Trial Court Cause No. 31940CC2**

## ORDER

The motion of the State of Texas requesting an extension in which to file its brief is

**GRANTED** and the brief, filed simultaneously with the motion, is deemed timely filed as of

April 13, 2015.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE